UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __6__

Albery
-v-
Bongiorno, et al

U.S.C.A. # _____

U.S.D.C. # __08-cv-4594__

JUDGE: __KMW__

DATE: __June 10, 2008__

*U.S. DISTRICT COURT FILED JUN 10 2008 S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ----------------------------

**DOCUMENT DESCRIPTION**                                    **DOC. #**

__CLERK'S CERTIFICATE__

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__

(✓) Original Record                           (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __10th__ Day of __June__, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

Albery
-v-
Bongiorno, et al

------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08 cv 4594

JUDGE: KMW

DATE: June 10, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed               Document Description

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 10th Day of June In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
         Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-04594-KMW
### Internal Use Only

Albery v. Bongiorno et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/19/2008
Date Terminated: 05/19/2008
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by John Albery.(jeh) (Entered: 05/30/2008) |
| 05/19/2008 | 2 | COMPLAINT against Michael E. Bongiorno, Chignard Noelizaire. Document filed by John Albery.(jeh) (Entered: 05/30/2008) |
| 05/19/2008 |  | Magistrate Judge Douglas F. Eaton is so designated. (jeh) (Entered: 05/30/2008) |
| 05/19/2008 | 3 | ORDER OF DISMISSAL; I grant plaintiff's request to proceed in forma pauperis but dismiss the complaint for the reasons set forth in this order. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed complaint which were treated as a petition for habeas corpus relief makes no substantial showing of a denial of a constitutional right pursuant to 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 05/19/2008) (jeh) (Entered: 05/30/2008) |
| 05/19/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). Since I hold that the portions of the complaint which were treated as a petition for habeas corpus relief makes no substantial showing of a denial of constitutional right, a certificate of appealability will not issue. I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 05/19/2008) (jeh) (Entered: 05/30/2008) |
| 05/30/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by John Albery. (tp) (Entered: 06/09/2008) |
| 05/30/2008 |  | Appeal Remark as to 5 Notice of Appeal filed by John Albery. $455.00 APPEAL FEE DUE. IFP REVOKED 5/19/08. (tp) (Entered: 06/09/2008) |
| 06/09/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 06/09/2008) |
| 06/09/2008 |  | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 06/09/2008) |