

**MANDATE**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

Date: 7/25/08
Docket Number: 08-2877-pr
Short Title: Albery v. Bongiorno

DC Docket Number: 08-cv-4594
DC: SDNY (NEW YORK CITY)
DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of July, two thousand eight.

John Albery,

    Plaintiff-Appellant,

v.

Michael E. Bongiorno, Chignard Noelizaire,

    Defendants-Appellees.



## ORDER OF DISMISSAL

NOTICE HAVING BEEN GIVEN that the appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and **APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed, **THIS APPEAL IS HEREBY DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

## CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

For the Court:
Catherine O'Hagan Wolfe, Clerk
By: _____
Gislaine Phillip, Deputy Clerk

A TRUE COPY
Thomas Asreen, Acting Clerk
by _____
Deputy Clerk

Certified: JUL 25 2008